No. 596. ARKANSAS POWER & LIGHT Co. *v.* WEST MEMPHIS POWER & WATER CO. ET AL. February 23, 1932. Petition for writ of certiorari to the Supreme Court of

Arkansas denied. *Messrs. J. W. House* and *C. H. Moses* for petitioner. No appearance for respondents. █